UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONA NAJAFI, et al.,

    Plaintiffs,

v.

MICHAEL R. POMPEO, et al.,

    Defendants.

Case No. 3:19-cv-05782-KAW

**[PROPOSED] ORDER**

After consideration of the briefs and arguments of counsel, the evidence filed in support of and opposition to **PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**, and being fully advised, the court:

    __XX__ Grants the application.

    _____ Denies the application.

IT IS SO ORDERED.

Date: __November 22, 2019__             _/s/ Kandis Westmore_

                                                  Magistrate Judge Kandis A. Westmore