| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604) |
|   | United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643) |
|   | Chief, Civil Division |
| 3 | KENNETH W. BRAKEBILL (CABN 196696) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendants

CURTIS LEE MORRISON (State Bar No. 321106)
THE LAW FIRM OF RAFAEL URENA
925 N. La Brea, 4th Floor
Los Angeles, California 90038
Telephone: (703) 989-4424
Email: curtis@curtismorrisonlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| SONA NAJAFI, et al., | ) | CASE NO. 4:19-cv-5782-KAW |
|  | ) |  |
|     Plaintiffs, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
|  | ) |  |
|     v. | ) |  |
|  | ) |  |
| MICHAEL R. POMPEO, et al., | ) |  |
|  | ) |  |
|     Defendants. | ) |  |

## STIPULATION

WHEREAS on October 6, 2020 the parties have an initial case management conference scheduled with the Court, and an accompanying deadline of September 29, 2020 to file a joint case management conference statement;

WHEREAS counsel for Defendants requires and therefore requests a continuance of the aforementioned deadlines due to an emergency family health situation; and

WHEREAS Plaintiffs agree and support said continuance under these circumstances,

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that 1) the October 6, 2020 initial case management conference in this matter shall be continued to at least the week of November 9, 2020, or as soon thereafter as may be scheduled, and 2) any other deadlines associated with the initial case management conference, including the filing of a joint case management conference statement, shall be continued to seven (7) days prior to the newly scheduled initial case management conference.

DATED: September 28, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Kenneth W. Brakebill\**
KENNETH W. BRAKEBILL
Assistant United States Attorney

*Attorneys for Defendants*

DATED: September 28, 2020

THE LAW FIRM OF RAFAEL URENA

*/s/ Curtis Lee Morrison*
CURTIS LEE MORRISON

*Attorneys for Plaintiffs*

\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory

STIPULATION AND [PROPOSED] ORDER
4:19-CV-5782-KAW                                         2

**[PROPOSED]** ORDER

Pursuant to Stipulation, and good cause appearing, IT IS SO ORDERED that 1) the October 6, 2020 initial case management conference in this matter shall be continued to at least the week of November 9, 2020, or as soon thereafter as may be scheduled, and 2) any other deadlines associated with the initial case management conference, including the filing of a joint case management conference statement, shall be continued to seven (7) days prior to the newly scheduled initial case management conference.

Dated:  September 28, 2020

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
4:19-CV-5782-KAW                                       3